William T. Um (SBN 166536)
WUm@Hunton.com
**HUNTON & WILLIAMS LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

Attorneys for Petitioner
YAHOO! INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| YAHOO! INC., <br><br> Petitioner, <br><br> v. <br><br> AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ILLINOIS UNION INSURANCE COMPANY, COLUMBIA CASUALTY COMPANY, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., <br><br> Respondents. | Case No.: CV 13-05846 PSG <br><br> [Assigned to Hon. Paul S. Grewal] <br><br> **STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER** <br><br> Petition Filed: December 18, 2013 |

STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER

WHEREAS, Yahoo! Inc. ("Yahoo"), American International Specialty Lines Insurance Company ("AISLIC"), Illinois Union Insurance Company ("ACE"), Columbia Casualty Company ("CNA"), and National Union Fire Insurance Company ("NUFIC") (collectively the "Parties") engaged in an arbitration before JAMS;

WHEREAS, the panel in the arbitration (the "Panel") issued its Final Award on or about December 13, 2013;

WHEREAS, Yahoo instituted the above-captioned action to confirm the Final Award on or about December 17, 2013, and shortly thereafter, ACE and CNA joined Yahoo's petition to confirm the Final Award;

WHEREAS, AISLIC and NUFIC (the "AIG Insurers") instituted an action in the Supreme Court of the State of New York, County of New York, Index. No. 650305/12 (the "New York Action"), against Yahoo, ACE and CNA, initially to vacate, in part, an Interim Award issued by the Panel on or about November 4, 2011; the New York Action had been stayed until the issuance of a final arbitration award; and the AIG Insurers moved on or about January 22, 2014 in the New York Action to vacate, in part, the Final Award;

WHEREAS, on March 31, 2014, this Court issued an Order staying this action until the complete resolution of the New York Action; and

WHEREAS, the Parties have reached an agreement regarding the claims raised in the Final Award and have agreed to dismiss in its entirety, with prejudice, the New York Action as well as the above-captioned action;

THEREFORE, IT IS HEREBY STIPULATED by and between the undersigned attorneys of record for the parties to the above-entitled action, that the above-captioned action should be dismissed in its entirety, with prejudice, pursuant to FRCP 41(a)(1)(A)(ii). The Parties further stipulate that the Parties shall bear their own attorneys' fees, expenses, and costs.

IT IS SO STIPULATED.

Dated: July 10, 2014

| BAUTE CROCHETIERE<br>& GILFORD LLP | HUNTON & WILLIAMS LLP |
|---|---|
| By: /s/ Michael J. Hartley<br>Michael J. Hartley, Esq.<br>Attorneys for Respondents<br>American International Specialty Lines<br>Insurance Company and National Union<br>Fire Company of Pittsburgh, Pa.<br>777 South Figueroa Street, Suite 4900<br>Los Angeles, CA 90017<br>(213) 630-5000 | By: /s/ William T. Urn<br>William T. Um, Esq.<br>Attorneys for Petitioner<br>Yahoo! Inc.<br>550 S. Hope Street, 20th Floor<br>Los Angeles, CA 90071<br>(213) 532-2175 |
| LONDON FISCHER LLP | ROPERS, MAJESKI, KOHN &<br>BENTLEY PC |
| By: /s/ Darren Le Montree<br>Darren Le Montree, Esq.<br>Attorneys for Respondent<br>Illinois Union Insurance Company<br>21550 Oxnard St Ste 300<br>Woodland Hills, CA 91367<br>(818) 224-6068 | By: /s/ Dean A. Pappas<br>Dean A. Pappas, Esq.<br>Attorneys for Respondent<br>Columbia Casualty Insurance Company<br>1001 Marshall Street, Suite 500<br>Redwood City, CA 94063<br>(650) 364-8200 |

The Court, having considered the Stipulation of the Parties, and good cause appearing therefor, orders as follows:

1. The action is dismissed in its entirety, with prejudice.
2. Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: July 10, 2014

_____
HON. PAUL S. GREWAL
United States Magistrate Judge

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is 550 South Hope Street, Suite 2000, Los Angeles, California 90071-2627.

    On July 10, 2014, I served the foregoing document(s) described as **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** on the interested parties in this action:

| | |
|---|---|
| Michael J. Hartley, Esq.<br>Felton T. Newell, Esq.<br>**Baute Crochetiere & Gilford LLP**<br>777 S. Figueroa Street, Suite 4900<br>Los Angeles, CA 90017<br>Tel: (213) 630-5000<br>Fax: (213) 683-1225<br><br>Peter A. Stroili, Esq.<br>**D'Amato & Lynch LLP**<br>Two World Financial Center<br>New York, NY 10281<br>Tel: (212) 269-0927<br>Fax (212) 269-3559 | *Counsel for Respondents*<br>*American International Specialty Lines Insurance Company and National Union Fire Company of Pittsburgh PA* |
| Dean A. Pappas, Esq.<br>**Ropers Majeski Kohn & Bentley**<br>1001 Marshall Street, Suite 500<br>Redwood City, CA 94063<br>Tel: (650) 364-8200<br>Fax: (650) 780-1701 | *Counsel for Respondent*<br>*Columbia Casualty Company* |
| Darren Le Montree, Esq.<br>**London Fischer LLP**<br>21550 Oxnard St Ste 300<br>Woodland Hills, CA 91367<br>Tel: (818) 224-6068<br>Fax: (818) 224-6061<br><br>Perry Kreidman, Esq.<br>**London Fischer LLP**<br>59 Maiden Lane, 41st Floor<br>New York, NY 10038<br>Tel: (212) 972-1000<br>Fax: (212) 972-1030 | *Counsel for Respondent*<br>*Illinois Union Insurance Company* |

[X] **BY THE COURT'S CM/ECF SYSTEM):** Pursuant to Local Rule, I electronically filed the document(s) with the Clerk of the Court using the CM/ECF System, which sent notification of that filing to the parties as registered.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 10, 2014, California.

_____
Joseph Dirkx

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627